CV-16-K-0542-S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA



2016 APR -4 P 12:45
J.S. D...

James Maurice Broadhead

Inmate Identification Number: AIS #224802

_____

(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Officer, Michael Chambers.
Officer, Brian Robinson.
Officer, Monika Gasdon.
Officer, Reginald Rambo.
Officer, Stton Lites.
Officer, Antqun Hill
Officer, Joshua Murphree
Officer, Dennis Johnson.
Officer, Clinton Thrasher.
Officer, L. Cook.
Officer, P. Gizardins.
Correctional, MHP, Danielle Austin.
Correctional, Amberly Click, LPN
Correctional, Tarsha Scott.
nurse Pickens
Correctional, LPN, Pickens.
Correctional, Smith.
Correctional, Wilson, LPN
Correctional, Robert Hunter
Correctional, Washington
Lt. Johnson
Officer, Aaron Lewis,
Officer, Odom.
Officer, Sgt. Pugh.
Officer, Lt. Felton.
Officer, Sgt. Goddesy
Officer, Sgt. Aaron.
Correctional, Pope.

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ✓ )   No (   )

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       Plaintiff: _____

       _____

       Defendant(s): _____

       _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

N/A

7. Approximate date of disposition _____

II. Place of present confinement William E. Donaldson Correctional Facility,

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No ( ✓ )

C. If your answer is YES:

1. What steps did you take? Chambers and Robinson Correctional Officers.

2. What was the result? Gasdon and Reginald Rambo and LTTES, and Hill, and Murphree, and Dennis Johnson, and Thrasher.

D. If your answer is NO, explain why not: and L. Cook and Giardins and Austin, and Sutton and Click and Scott, and Pickens and Smith and Wilson, and Roders and Hunter, and Washington, and Officer L. Johnson. ████████ and Aaron Lewis and Odom, and Sgt. Deandra Pugh and Lt. Robert Felton, and Sgt. Richard Oddesy, and Sgt. Samuel Aaron, and Officer T. Pope and Officer Braggs, and Sgt. Bradford, and Officer Fleeton

3

## IV. EXHAUSTION OF LEGAL REMEDIES

16. There is no Inmate Grievance procedure in the Alabama Department of Corrections Ar #319, Inmate Grievance procedure is not available to inmates Because it is still on review.

17. Plaintiff, re-allege and incorporate by reference to paragraphs 1-16.

18. The unlawful Deadly Physical Force on-plaintiff constitute assault and Battery. Violated Plaintiff, James Broadhead rights and Constituted A Criminal Offense in Alabama under the statutes code 1896 3 44, Sections § 13A-3-23, Section § 13A-12 (8) Section § 13A-1-2 (9) of the criminal Code of 1975.

~~19.~~ ~~[struck through]~~

19. The broken El-bow and burst head and teeth broken of plaintiff Violated Plaintiff James rights under the statutes sections § 13A-3-23, 13A-1-2(8) 13A-1-2(9) of the criminal Code of 1975 and constituted Due process Violation unde Color of State law under the section § 8, 10, 11, 13, 15, of Art I of the Constitution of Alabama of 1901. 20) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein Plaintiff has been and will continue to be irreparably injured by the court of the defendants unless the Court grants the prosecutions and the compensatory and punitive damages relief which Plaintiff seeks.

BACK

13

## VI. Prayer For relief

Where fore Plaintiff respectfully prays that this court enter judgment granting Plaintiffs:

21. A declaration that the acts and omissions described here in Violated Plaintiffs Rights under the Statutes under the Criminal Offense under the title 13A Criminal Code of 1975, and the Constitution and laws of the State of Alabama
22. Compenseatory damages in the amount of $ against each defendant jointly and severally
23. Punitive damages in the amount of $ against each defendant,
24. A jury trial on all issues riable by jury
25. Granting Appointment of counsel
26. Plaintiff cost in this case
27. Circuit Court judges authority granted them by law to exercise such other powers as are or may be granted them by law [312-17-26 code of Alabama 1975].

III.    Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

   A.   Name of Plaintiff(s) James Broadhead #224802,
        William E. Donaldson Correctional Facility,
        Address   100, Warrrior Lane,
                  Bessemer, AL, 35023

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

   B.   Defendant _____

        Is employed as _____

        at _____

   C.   Additional Defendants _____
        _____
        _____
        _____

IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary. The Prison do not have a grieronce Proceivre But I "Still made complaint to warden and commissioner I" was put on Transfer for Donaldson so I "Exhaust all available administrative remedies before the filing of This The act of The (PLRA) Officer, Chambers and Officer, Robinson. all (4) is employed as Defendants acted under State law and color of State Law with Deadly Excessive force as The Plaintiff was Beat and Struck with Security Sticks by (4) Officers Named

4

here in as Defendants in said case Therefore The Plaintiff. was Struck a. "Cooper Green Hospital" .875, Times by The (4) Named Defendants as The Plaintiff was placed in 2 free world Hospital. where He Had a broken Arm in (3) places and Staples in The Head and (3) or (4) Teeth was Knocked out as There was Threats on The Plaintiff Life The Plaintiff was Transferred for His safety. as The Plaitff Had fracture To His feet and ankle area from Deadly Excessive force from Defendants.

V. RELIEF "Comaensatory Damayes in The amount of $10,000,00 against each Defendant Jointly and sererolly for

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues. Irreparable Injurys......... Punitive Damages in The amount of $10,000,00 against each Defendant Jointly and Severally for Irreparable Injurys........ for a Total sum of $90,000,00 Thousand Dollars Total claim Plaintiff

Costin Lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-10-2016.

SIGNATURE James M. Broadhead.

ADDRESS Bullock Correctional Facility ~~~~~~~~~~~~~~~

~~~~~~~~~~ P.O. Box 5107. Union Springs, AL, 36089.

AIS # 224802,

5